**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00541-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAYSHAWN D. LASTER

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY**

---

       This matter is before the Court on the report of the probation officer regarding the disposition of the defendant's pending charges in El Paso County District Court. On April 5, 2012, the defendant entered a plea of guilty to First Degree Murder and was sentenced to life in prison without the possibility of parole, and therefore the probation office is not seeking revocation of Supervised Release in the interest of judicial economy.  Accordingly, it is

       **ORDERED** that the defendant be discharged from supervised release unsatisfactorily and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, April 12, 2012.

                                     BY THE COURT:

                                     */s/ Robert E. Blackburn*
                                     Robert E. Blackburn
                                     United States District Judge